1

2

3

4

5

6

7

**F I L E D**
CLERK, U.S. DISTRICT COURT

12/02/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ASI _____ DEPUTY

8                    UNITED STATES DISTRICT COURT

9                FOR THE CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          CR No. 2:24-cr-00716-DSF

11          Plaintiff,                  I N F O R M A T I O N

12          v.                          [21 U.S.C. §§ 841(a)(1),
                                        (b)(1)(A)(viii): Possession with
13   JING CHENG LI,                     Intent to Distribute
                                        Methamphetamine]
14          Defendant.

15

16       The United States Attorney charges:

17                          COUNT ONE

18            [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

19       On or about September 29, 2022, in Los Angeles County, within

20   the Central District of California, defendant JING CHENG LI knowingly

21   and intentionally possessed with intent to distribute at least 50

22   grams, that is, approximately 2,176.8 grams, of methamphetamine, a

23   Schedule II controlled substance.

24

25

26

27

28

1                                   COUNT TWO

2                [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

3      On or about September 29, 2022, in Los Angeles County, within

4 the Central District of California, defendant JING CHENG LI knowingly

5 and intentionally possessed with intent to distribute at least 50

6 grams, that is, approximately 178.4 grams, of methamphetamine, a

7 Schedule II controlled substance.

8

9                                 E. MARTIN ESTRADA
                                United States Attorney

10

11                                 MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division

12

13

14                                 FRANCES S. LEWIS
                                Assistant United States Attorney

15                                 Chief, General Crimes Section

16                                 SURIA M. BAHADUE
                                Assistant United States Attorney

17                                 Deputy Chief, General Crimes
                                Section

18

19

20

21

22

23

24

25

26

27

28